```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Genaro Cuero

    v.                                                            Case No. 23-cv-125-SE

FCI Berlin, Warden

ORDER

No objection having been filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 16, 2023. For the reason explained therein, I dismiss Cuero's petition as moot and deny the respondent's motion to dismiss (doc. no 5) as moot.

"'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

The clerk of court to enter judgment and close this case.

/s/ SD Elliott

_____
Samantha D. Elliott
United States District Judge

Date: November 1, 2023

cc: Counsel of Record
    Genaro Cuero, pro se